IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MICRO ENHANCED TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIDEX, INC., et al., <br><br> Defendants. | Civil Action No. 1:11-cv-05506 <br><br> Judge Robert M. Dow, Jr. |

**DEFENDANT VERIZON WIRELESS'S**
**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.17, Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") requests leave to withdraw the appearances of Charles B. Molster, III, Andrew R. Sommer, and Kurt A. Mathas of the law firm of Winston & Strawn LLP and to substitute David L. Witcoff, Patrick T. Michael, Joe C. Lui, Justin M. Philpott, and Thomas W. Ritchie of the law firm of Jones Day as its attorneys of record in this matter. In support of this motion, Defendant states:

1. Defendant Verizon Wireless has retained David L. Witcoff of the law firm of Jones Day as its lead counsel in this matter.

2. David L. Witcoff, Patrick T. Michael, Joe C. Lui, Justin M. Philpott, and Thomas W. Ritchie of the law firm of Jones Day also represent defendant Videx, Inc. in this matter.

3. Upon leave of court, David L. Witcoff, Patrick T. Michael, Joe C. Lui, Justin M. Philpott, and Thomas W. Ritchie of the law firm of Jones Day will file appearances on behalf of Verizon Wireless in this matter.

4. This substitution of counsel is not being sought for delay or any other improper purpose.

5. Defendants Videx, Inc. and ITC Holdings Corp. do not oppose this motion. Plaintiff Micro Enhanced Technology, Inc. takes no position with respect to this motion.

Accordingly, defendant Verizon Wireless respectfully requests that this Court grant leave to withdraw the appearances of Charles B. Molster, III, Andrew R. Sommer, and Kurt A. Mathas of the law firm of Winston & Strawn LLP and to substitute David L. Witcoff, Patrick T. Michael, Joe C. Lui, Justin M. Philpott, and Thomas W. Ritchie of the law firm of Jones Day as its attorneys of record in this matter.

Dated: August 2, 2012                      Respectfully submitted,

/s/ David L. Witcoff
David L. Witcoff (IL Bar No. 6183629)
dlwitcoff@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago IL 60601-1692
Telephone: (312) 782-3939

/s/ Kurt A. Mathas
Kurt Aaron Mathas
kmathas@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-8329

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 2, 2012, a true and correct copy of the foregoing **Defendant Verizon Wireless's Motion For Leave To Substitute Counsel** was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

                                                */s/ David L. Witcoff*
                                                David L. Witcoff