

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MICRO ENHANCED TECHNOLOGY,
INC.,

                Plaintiff,

      v.

VIDEX, INC., et al.,

                Defendants.

Civil Action No. 1:11-cv-05506

Judge Robert M. Dow, Jr.

## <u>SCHEDULING ORDER</u>

Pursuant to the agreement of the Parties, IT IS HEREBY ORDERED that:

(1)  All discovery and other case deadlines, including currently pending discovery

responses, shall be stayed for a period of thirty (30) days after filing of this Joint

Stipulation to allow plaintiff MET time in which to find and retain new counsel.

(2) The schedule is amended as follows:

## FIRST AMENDED SCHEDULE

| Event | Date |
|---|---|
| 26(f) Report Due (LPR 1.2) | *August 2, 2012* |
| Initial Disclosures Due (LPR 2.1) and Fact Discovery Commences (LPR 1.3) | *August 13, 2012* |
| Initial Infringement Contentions (LPR 2.2) | *August 16, 2012* |
| 30-day Stay to allow Plaintiff to obtain new counsel | October 8 – November 7, 2012 |
| Initial Non-Infringement, Unenforceability and Invalidity Contentions and corresponding document production (LPR 2.3, 2.4, 2.6) | January 14, 2013 |
| Initial Response to Invalidity Contentions (LPR 2.5) | January 28, 2013 |
| Final Infringement Contentions (LPR 3.1), Final Unenforceability and Invalidity Contentions (LPR 3.1), and Final Date to Seek Stay Pending Reexamination (LPR 3.5) | March 12, 2013 |
| Final Non-Infringement Contentions (LPR 3.2), Final Enforceability and Validity Contentions (LPR 3.2), document production (LPR 3.3) | April 9, 2013 (28 days after service of final infringement/ invalidity contentions) |
| Meet and confer regarding claim terms in dispute (Standing Order For Patent Claim Construction Proceedings Before Judge Dow ("Judge Dow's Order"), ¶ 2) | April 15, 2013 (2 weeks prior to exchange of preliminary constructions, plus 6 days) |

| Event | Date |
|---|---|
| Exchange of Proposed Claim Terms to be Construed along with Proposed Constructions (LPR 4.1) | April 23, 2013 (14 days from service of final non-infringement/validity contentions) |
| Meet and confer and agree upon no more than ten (10) terms or phrases to be presented to the Court for construction (LPR 4.1b) | April 30, 2013 (7 days after exchange of claim terms) |
| Submit Joint Claim Construction Chart (Judge Dow's Order, ¶ 2) | TBD (set by the Court) |
| Close of Fact Discovery (LPR 1.3) | May 21, 2013 (28 days after exchange of claim terms; resumes upon entry of claim construction ruling.) |
| Opening Claim Construction Brief by patentee (Judge Dow's Order, ¶ 3) | TBD (21 days after Joint Claim Construction Chart; *LPR 4.2a specifies opening brief by accused infringer 35 days after exchange of terms*) |
| Responsive Claim Construction Brief by accused infringer (Judge Dow's Order, ¶ 4) | TBD (21 days after opening brief; *LPR 4.2c specifies 28 days after filing of opening briefs*) |
| Reply Claim Construction Brief by patentee (Judge Dow's Order, ¶ 5) | TBD (14 days after responsive brief; *LPR 4.2c-d specifies Reply Brief by accused infringer 14 days after filing of responsive briefs*) |
| Final Joint Claim Construction Chart and Status Report (Judge Dow's Order, ¶ 5; LPR 4.2f) | TBD (7 days after filing of reply briefs) |
| Joint Prehearing Statement (Judge Dow's Order, ¶ 7) | TBD (two weeks before claim construction hearing) |

| Event | Date |
|---|---|
| Claim Construction Hearing (LPR 4.3) | TBD |
| Claim Construction Ruling (and reinstatement of fact discovery) | TBD |
| Opening of discovery concerning opinions of counsel (LPR 3.6) | TBD (35 days prior to close of fact discovery / 7 days after Claim Construction Ruling) |
| Close of Fact Discovery-Final (LPR 1.3) | TBD (42 days after entry of claim construction ruling) |
| Initial Expert Reports (LPR 5.1b) | TBD (21 days after final close of fact discovery) |
| Rebuttal Expert Reports (LPR 5.1c) | TBD (35 days after initial expert reports) |
| Depositions of Experts (LPR 5.2) | TBD (completed 35 days after exchange of rebuttal reports) |
| Final Day for Filing Dispositive Motions (LPR 6.1) | TBD (28 days after end of expert discovery) |
| Case Ready for Trial | 20 weeks after filing dispositive motions |

Dated: 10/12/12

By _____

Robert M. Dow, Jr.
United States District Judge